# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL DOCKET NO.: 3:97CR40-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **(8) JAIRO PEREA-MORENO and** | ) | |
| **(9)JAIRO PEREA-MALABA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment, as it pertains

to **(8) JAIRO PEREA-MORENO** and **(9) JAIRO PEREA-MALABA** only, in the above-

captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshall Service, Defense Counsel and the United States Attorney's Office.

This _19th_ day of ~~February~~ *March*, 2006.

_____
RICHARD L. VOORHEES
CHIEF UNITED STATES DISTRICT COURT JUDGE